IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEE HENRY,**<br><br>              **Plaintiff,**<br><br>    vs.<br><br>**UNITED OF OMAHA LIFE INSURANCE COMPANY, DISABILITY RMS, and MUTUAL OF OMAHA INSURANCE COMPANY,**<br><br>              **Defendants.** | 8:23CV72<br><br><br>ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties on September 26, 2023. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED:**

1. The defendant shall have until **December 20, 2023**, to file a motion and brief to affirm the administrator's decision.

2. The plaintiff shall have until **January 19, 2024**, to respond to the defendant's motion.

3. The defendant shall have until **February 2, 2024**, to file a reply.

4. Should the Court require any further proceedings in the matter, the parties will be notified by the Court.

Dated this 26th day of September, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge