IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEE HENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, DISABILITY REINSURANCE MANAGEMENT SERVICES, and MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>    Defendants. | 8:23CV72<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 56). The Court, being advised in the premises, finds that such an Order is proper.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay its own attorney fees and costs.

  Dated this 1st day of December, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge